# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTERS & WOLF PRECAST,<br><br>    Plaintiff,<br><br>    v.<br><br>VETTER STONE COMPANY,<br><br>    Defendant. | Case No. 4:18-cv-02039-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 20 |

On June 25, 2018, the parties filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the July 3, 2018 case management conference is continued to September 18, 2018. The joint case management statement is due by September 11, 2018.

IT IS SO ORDERED.

Dated: June 27, 2018

                                                           */s/ Kandis Westmore*
                                                         KANDIS A. WESTMORE
                                                         United States Magistrate Judge