| | |
|---|---|
| 1 | Elizabeth M. Pappy (SBN 157069)<br>E-mail: epappy@bwslaw.com |
| 2 | BURKE, WILLIAMS & SORENSEN, LLP<br>1503 Grant Road, Suite 200 |
| 3 | Mountain View, CA 94040-3270<br>Tel: 650.327.2672   Fax: 650.688.8333 |
| 4 | |
| 5 | Albert Tong (SBN 208493)<br>E-mail: atong@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 6 | 1901 Harrison Street, Suite 900<br>Oakland, CA 94612-3501 |
| 7 | Tel: 510.273.8780   Fax: 510.839.9104 |
| 8 | Attorneys for Plaintiff/Counterdefendant<br>WALTERS & WOLF PRECAST |
| 9 | |
| 10 | Ramsey F. Kawar (SBN 213497)<br>E-mail: rfk@Farbstein.com<br>FARBSTEIN & BLACKMAN, APC |
| 11 | 411 Borel Avenue, Ste. 425<br>San Mateo, CA 94402 |
| 12 | Tel: 650.554.6200   Fax: 650.6240 |
| 13 | Attorneys for Defendant/Counterclaimant<br>VETTER STONE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALTERS & WOLF PRECAST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VETTER STONE COMPANY, a Minnesota corporation, PICCO ENGINEERING LIMITED, a business organization, form unknown,<br><br>　　　　　Defendants. | Case No. 4:18-cv-02039-KAW<br><br>**ORDER OF DISMISSAL** |
| VETTER STONE COMPANY, a Minnesota corporation,<br><br>　　　　　Third Party Plaintiff, | |

MP #4825-6076-4523 v1       - 1 -

ORDER OF DISMISSAL

vs.

PICCO ENGINEERING LIMITED,

        Third Party Defendant,

The Court having considered the Parties' Stipulation to Dismiss Lawsuit with Prejudice and Good Cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(2), with each party to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court hereby retains jurisdiction to enforce the terms of the Parties' written settlement agreement.

IT IS FURTHER ORDERED that the Third Party Complaint filed by VETTER against third party defendant, PICCO ENGINEERING LIMITED, is hereby dismissed with prejudice.

DATED: 7/27/18

_____
HON. KANDIS A. WESTMORE